BDCM OPPORTUNITY FUND II, L.P., et al., Respondents, v YU-CAIPA AMERICAN ALLIANCE FUND I, L.P., et al., Appellants.

Submitted January 27, 2014; decided April 3, 2014

Motion, insofar as it seeks leave to appeal as against respondents BDCM Opportunity Fund II, L.P. and Black Diamond

CLO 2005-1 Ltd., dismissed upon the ground that as to those respondents the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.